UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF THE
APPLICATION OF THE
UNITED STATES OF AMERICA    M.J. No.: 11mj80
FOR AN ORDER AUTHORIZING
THE SEARCH OF THE CELLULAR
TELEPHONE NUMBER ASSIGNED    Filed Under Seal
CALL NUMBER 603-591-0815

ORDER

After review of the application for search warrant, including the supporting affidavit of Trooper Robert J. Lefoley, the search warrant and the government's motion for delay of providing notice of the execution of the search warrant on the above-referenced cellular telephone pursuant to Federal Rule of Criminal Procedure 41(f)(2)(3) and 18 U.S.C. § 3103a(b), the Court hereby finds that immediate notification of the execution of the warrant may have an adverse result, in that it would seriously jeopardize an ongoing law enforcement investigation; that the warrant authorizes the seizure of such property based only on a reasonable necessity (see 18 U.S.C. § 3101a(b)(2)); and the warrant provides for the giving of such notice within a reasonable period of its execution.

WHEREFORE, the Court grants the government's motion for delayed notice of the execution of the warrant on the above-referenced vehicle and orders that notice of the execution of the warrant will be provided within 30 days from the completion of the collection of data provided by Sprint, unless, upon a showing of good cause, that period is extended by this Court.

Dated: October 27, 2011

Hon. Landya Boyer McCafferty
United States Magistrate Judge